# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00646-CV

## In re United Biologics, LLC d/b/a United Allergy Services and Nicholas Hollis

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators United Biologics, LLC and Nicholas Hollis filed a petition for writ of mandamus and an emergency motion to stay the district court's orders compelling production of "the Calculation Specs or Calculation Sheet" and a deposition pending disposition of their mandamus petition. We granted a temporary stay and requested a response from real parties in interest. Having reviewed the petition, record, and filings by relators and real parties in interest, we dissolve our temporary stay and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:   October 3, 2012